IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICK LEE, | ) |
|       Plaintiff, | ) |
| | ) Civil Action No. 21-709 |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Maureen P. Kelly |
| CO1 RIETSENA, *et al.*, | ) |
|       Defendants. | ) |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 19, 2023, the Magistrate Judge issued a Report (Doc. 15) recommending that Plaintiff's Motion for Reconsideration (Doc. 9), seeking relief from Final Judgment (Docs. 7 & 8), be granted, and that Plaintiff be granted a date certain by which to comply with the June 9, 2021 Deficiency Order (Doc. 3). Service of the Report and Recommendation ("R&R") was made on Plainitff, and no objections have been filed.

After a *de novo* review of the pleadings and documents in the case, together with the R&R, the following Order is entered:

Plaintiff's Motion for Reconsideration (**Doc. 9**) is **GRANTED**; the Final Judgment (**Docs. 7 & 8**) is **VACATED**; and the R&R (**Doc. 15**) is adopted as the Opinion of the District Court, as supplemented herein. Further, Plaintiff shall comply with the June 9, 2021 Deficiency Order[1] (Doc. 3) by **July 14, 2023**.

---

[1] A copy of the Deficiency Order will be mailed to Plaintiff as a courtesy to ensure compliance.

IT IS SO ORDERED.

June 21, 2023                                                              s/Cathy Bissoon
                                                                           Cathy Bissoon
                                                                           United States District Judge

cc (via First-Class U.S. Mail):

ERICK LEE
LS4856
SCI FRACKVILLE
1111 Altamont Boulevard
Frackville, PA 17931