IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICK LEE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-709 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| CO1 RIETSENA *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(B) and (C), and Local Rule of Civil Procedure 72.

On February 6, 2024, the Magistrate Judge issued a Report (Doc. 27) recommending that this action be dismissed for failure to prosecute. Service of the Report and Recommendation ("R&R") has been made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that this case is dismissed without prejudice and the Magistrate Judge's R&R (Doc. 27) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

March 8, 2024

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. Mail):

Plaintiff Erick Lee (LS4856)
SCI Rockview, Box A
1 Rockview Place
Bellefonte, PA 16823